UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2008 JUN 27 A 10: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CALVIN COUCH,
    Petitioner,

v.

UNITED STATES OF AMERICA,
        Respondents.

Case No. 2:03-cr-00172-MHT-CSC-1

Motion to proceed in
Forma Pauperis

    I, Calvin Couch, declare that I am the petitioner in the above-captioned action, and that I am entitled to proceed in Forma Pauperis because of my inability to repay the full fee to file this action or give security therefore.

### DECLARATION AND SIGNATURE

    I declare under penalty that the foregoing is true and correct.

Respectfully Submitted,

*Calvin Couch*

Calvin Couch
Reg No. #11274-002
F.C.C.-U.S.P. Coleman 2
P.O. Box 1034
Coleman, Florida 33521-0879