Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

RECEIVED June 24, 2008

2008 JUN 27 A 10: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Calvin Couch
Reg No. 11274-002
F.C.C.-U.S.P. Coleman 2
P.O. Box 1034
Coleman, Florida 33521-0879

RE: U.S. v. Couch 2:03-cr-00172-MHT-CSC-1

Dear Clerk of Court,

On June 16th, 2008, this office received a letter from me for the following documents:

Docket sheet
Indictment
Trial Transcripts
Sentencing Transcripts
Judgment
Notice of Appeal

I received your response, but to my indigent, I am unable to pay the necessary fees for these documents. Enclosed please see my motion to proceed in Forma Pauperis so that I can proceed in my goal with my case.

Respectfully Submitted,

*Calvin Couch*

Calvin Couch
Reg No. #11274-002
F.C.C.-U.S.P. Coleman 2
P.O. Box 1034
Coleman, Florida 33521-0879