IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:03-cr-172-MHT |
| | ) | |
| CALVIN LAVALLE COUCH | ) | |

### MOTION FOR DOWNWARD DEPARTURE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama and pursuant to Rule 35(2)(B) of the Federal Rules of Criminal Procedure, respectfully requests this Honorable Court to downwardly depart two (2) levels, in the sentence previously imposed on the Defendant, and as reason therefore, submits the following: and respectfully submits the following:

1.  On April 19, 2004, the Calvin Couch (Couch) was sentenced, pursuant to a finding that the offense level was thirty-two, and the criminal history category was four, was sentenced to a term of imprisonment of life as to count one of the indictment, one hundred and twenty months as to counts two, six, eight, twelve and fourteen, three hundred and sixty months as to counts five, seven and nine, and sixty months on count thirteen of the indictment, to be served consecutively to counts one, two, five, six, seven, eight, nine, twelve and fourteen of the indictment.

2.  At the sentencing hearing, the United States and Mr. Couch reached an agreement in which it was agreed, that upon Mr. Couch's truthful testimony in a homicide prosecution, and his waiver of appeal rights, the government would file a motion for his cooperation, pursuant to Rule 35(b)(2) of the Federal Rules of Criminal Procedure.

3. The case in which Mr. Couch was expected to testify was, in fact, declined by the United States for prosecution.

4. Mr. Couch did file a Notice of Appeal, in a timely manner, and did withdraw that Notice at a later date, consistent with the representations of counsel at the sentencing hearing.

5. The United States, in keeping with the spirit of the agreement between the parties, now requests that the Court downwardly depart one level (1) from the sentence that was imposed on Couch on April 19, 2004.

6. Further, the government requests that Couch receive an additional one-level reduction for his substantial assistance to the government in the case of *United States v. Manry*, CR. NO. 2:10-cr-145-MEF, in which Couch stood ready to provide trial testimony.

7. Should the Court grant such motion, the offense level would be thirty (30) and the criminal history category would be four (4).

8. The government believes and recommends that a sentence of fifteen (15) years as to counts 1, 2, 5, 6, 7, 8, 9, 12,14, and sixty (60) months as to count thirteen, to run consecutive to all other counts of conviction, is an appropriate sentence in this case, pursuant to Title 18, United States Code, § 3553(a).

Wherefore, premises considered, the United States moves this Honorable Court to immediately grant the motion of the United States for a downward departure of two (2) levels and sentence the defendant to a total term of imprisonment of twenty (20) years.

Respectfully submitted this the 8th day of November, 2010.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7138
        susan.redmond@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **V.** ) | **CR. NO. 2:03-cr-172-MHT** |
| ) | |
| ) | |
| **CALVIN LAVALLE COUCH** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:


Calvin Couch**,** Reg. No. 11274-002
Elmore County Jail
8955 US Highway 231, Wetumpka, AL 36092-8278



    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7138
    susan.redmond@usdoj.gov