IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:03cr172-MHT** |
| | ) | |
| **CALVIN LAVALLE COUCH** | ) | |

<u>ORDER</u>

It is ORDERED that the government's motion for downward departure (Doc. No. 295), is set for an evidentiary hearing on November 22, 2010, at 10:00 a.m at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

The government is to arrange for the presence of defendant Calvin Lavalle Couch.

The clerk of the court is to arrange for the appointment of counsel for defendant Couch.

DONE, this the 10th day of November, 2010.

                         /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE