IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 2:03cr172-MHT** |
| ) | |
| **CALVIN LAVALLE COUCH** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, William A. McGeachy, and enters his appearance as counsel for **CALVIN LAVALLE COUCH,** in the above-styled matter.

Dated this 16th day of November, 2010.

Respectfully submitted,

s/ William A. McGeachy
WILLIAM A. McGEACHY
Federal Defenders, Middle District of Alabama
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: william_mcgeachy@fd.org
ASB-0808-I55M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | CR. No.: 2:03cr172-MHT |
| | ) | |
| **CALVIN LAVALLE COUCH** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Susan Redmond, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104

Respectfully submitted,

s/ William A. McGeachy
WILLIAM A. McGEACHY
Federal Defenders, Middle District of Alabama
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: william_mcgeachy@fd.org
ASB-0808-I55M