IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:03cr172-MHT |
| | ) | |
| CALVIN LAVALLE COUCH | ) | |

## UNITED STATES' MOTION TO WITHDRAW

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that Assistant United States Attorney A. Clark Morris be allowed to withdraw from the above-styled case.

Respectfully submitted this the 30th day of November, 2010.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/A. Clark Morris
A. CLARK MORRIS
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:03cr172-MHT |
| | ) | |
| CALVIN LAVALLE COUCH | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: all attorneys of record.

Respectfully submitted,

/s/A. Clark Morris
A. CLARK MORRIS
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark.morris@usdoj.gov

2