IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
      v                         )      CR. NO. 2:03-cr-172-MHT
                                )
CALVIN LAVALLE COUCH            )

**ORDER**

Upon consideration of the government's *Motions to Withdraw as Attorney* (doc. # 301

& 302) filed in the above case on November 30, 2010 by Assistant United States Attorneys

A. Clark Morris and Todd Brown,  it is

**ORDERED** that the motions to withdraw be and are hereby **GRANTED.**

Done this 30th day of November, 2010.


                        /s/Charles S. Coody
                        CHARLES S. COODY
                        UNITED STATES MAGISTRATE JUDGE