IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )         2:03cr172-MHT
                            )            (WO)
CALVIN LAVALLE COUCH        )
```

ORDER

Based on the representations made during the hearing on February 12, 2021, particularly the representations of the probation officer regarding defendant Calvin Lavalle Couch's difficulties since his release from a 20-year sentence of incarceration, it is ORDERED that defense counsel is to obtain a comprehensive mental-health evaluation of defendant Calvin Lavalle Couch, preferably by Dr. Adriana Flores, and shall file it under seal with the court by March 12, 2021. The evaluation should identify whether defendant Couch is suffering from any mental illnesses, substance-abuse disorders, or other mental conditions; whether defendant Couch has suffered Adverse Childhood Experiences (ACEs) or other traumatic experiences; and

the impact, if any, of such conditions and/or experiences on his current functioning and mental health. The evaluation shall also recommend any appropriate treatment or other services, such as therapy, to assist defendant Couch in avoiding substance abuse and managing the stress of adjusting to life in the free world, and shall specify the type of professional who can provide any suggested treatment, as well as the recommended frequency of treatment.

DONE, this the 17th day of February, 2021.

                                         /s/ Myron H. Thompson
                                         **UNITED STATES DISTRICT JUDGE**