# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:03cr172-MHT |
| | ) | (WO) |
| CALVIN LAVALLE COUCH | ) | |

## ORDER

It is ORDERED that the supervising United States Probation Officer shall file a status report by January 13, 2022, detailing whether there has been full compliance with the court's August 13, 2021, order on conditions of supervised release (Doc. 326), and describing how defendant Calvin Lavalle Couch is progressing.

DONE, this the 20th day of August, 2021.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE