IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )        2:03cr172-MHT
                             )             (WO)
CALVIN LAVALLE COUCH         )
```

ORDER

Based on the representations made in the status report (Doc. 336), it is ORDERED that the status report is approved and that, on or before April 11, 2022, the supervising United States Probation Officer shall file another status report on the following matters:

(1) Whether defendant Calvin Lavalle Couch has secured a placement at Diasmas Charities in Montgomery, Alabama, and, if not, what alternatives are being pursued for him.

(2) Whether defendant Couch has been successful in securing full-time employment.

(3) Whether defendant Couch has started to attend individual outpatient psychotherapy.

(4) How defendant Couch is progressing in general.

After receiving the report, the court will decide whether to ask for another status report and/or hold another status conference.

DONE, this the 14th day of February, 2022.

 /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE