```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


   UNITED STATES OF AMERICA    )
                               )     CRIMINAL ACTION NO.
        v.                     )        2:03cr172-MHT
                               )             (WO)
   CALVIN LAVALLE COUCH        )
```

                              ORDER

Based on the representations made on the record on February 15, 2022, it is ORDERED that:

(1) Defendant Calvin Lavalle Couch's motion for relief (Doc. 338) is denied with leave to renew.

(2) In the meantime, on or before February 23, 2022, the supervising probation officer is to submit a report addressing the following: the circumstances of defendant Couch's relationship with his "brother"; the circumstances of his relationship with the mother of his child, including whether he should even have any contact with her; the circumstances his relationship with his daughter; and the living arrangements of his daughter and the mother of his daughter.  The supervising probation officer should also look into any other matters she deems

appropriate. The report should also include a recommendation as to whether defendant Couch should be released from the halfway house to reside at the proposed private residence and, if so, when and under what restrictions, if any.

    DONE, this the 16th day of February, 2022.

                                      /s/ Myron H. Thompson  
                                  UNITED STATES DISTRICT JUDGE