IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:03cr172-MHT |
| | ) | (WO) |
| CALVIN LAVALLE COUCH | ) | |

ORDER

Based on the representations made on the record on October 12, 2022, it is ORDERED that:

(1) Defendant Calvin Lavalle Couch is adjudged guilty of charges 1, 2, 3, 4, and 5 in the petition for revocation (Doc. 351).

(2) Sentencing for defendant Couch is continued generally.

(3) With the agreement of all parties, defendant Couch's conditions of supervised release are, pending sentencing, modified as follows:

(A) Defendant Couch is to enter Absolutions Counseling Center Recovery House as soon as a bed is available and to complete successfully its inpatient

treatment program while complying with all its requirements.

 (B) The United States Marshal is to release defendant Couch to the custody of the Federal Defenders to take him to Absolutions when a bed becomes available.

 (C) Defendant Couch is to secure and maintain gainful employment while at Absolutions.

 (D) Defendant Couch is to undergo a psychiatric evaluation to determine whether he should receive psychotropic medication.

 (E) Defendant Couch is to participate in Narcotics Anonymous and secure a sponsor.

(4) A status conference is set for January 27, 2023, at 8:30 a.m. to discuss (A) how defendant Couch is progressing on supervised release, and (B) when to resume the sentencing hearing on the revocation petition (Doc. 351). The courtroom deputy is to arrange for the status

conference to be conducted by telephone.

DONE, this the 12th day of October, 2022.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**