```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:03cr172-MHT
                            )            (WO)
CALVIN LAVALLE COUCH        )
```

ORDER

In accordance with the order entered on December 8, 2022, (Doc. 384), and based on the representations made on the record today, it is ORDERED as follows:

(1) Sentencing on the amended revocation petition (Doc. 372) is again continued generally.

(2) Defendant Calvin Lavalle Couch's conditions of supervised release are modified further to require that he successfully complete the additional two months at Ascensa Health in Atlanta, Georgia.

(3) Another status conference, with government counsel, defense counsel, and the supervising probation officer, to discuss how defendant Couch is progressing and when sentencing should resume is set for October 31, 2023, at 8:30 a.m.  The

    courtroom deputy is to arrange for the status conference to be conducted by Zoom.

(4) Three business days before the status conference, government and defense counsel are to file a report on how defendant Couch is progressing and when sentencing should resume.

DONE, this the 27th day of June, 2023.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**