AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| CALVIN LAVALLE COUCH | ) | |

Case No.   2:03cr172-01-MHT

USM No. 11274-002

Samuel J. Brooke
_____
Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)    1-7 of the amended*    of the term of supervision.  *petition filed 10/27/22

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to abide by the rules of Dismas Charities under contract to the Federal BOP for a term of six months and comply with the rules of the facility. | 03/24/2022 |

The defendant is sentenced as provided in pages 2 through    3    of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   4967

Defendant's Year of Birth:    1974

City and State of Defendant's Residence:
Atlanta, GA

10/04/2023
_____
Date of Imposition of Judgment

/s/ Myron H. Thompson
_____
Signature of Judge

MYRON H. THOMPSON U.S. DISTRICT JUDGE
_____
Name and Title of Judge

10/05/2023
_____
Date

AO 245D (Rev. 09/19)     Judgment in a Criminal Case for Revocations
                              Sheet 1A

Judgment—Page   2   of   3  

DEFENDANT:  CALVIN LAVALLE COUCH
CASE NUMBER:  2:03cr172-01-MHT

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant failed to abide by the rules of Dismas Charities under contract to the Federal BOP for a term of six months and comply with the rules of the facility. | 04/21/2022 |
| 3 | The defendant failed to abide by the rules of Dismas Charities under contract to the Federal BOP for a term of six months and comply with the rules of the facility. | 07/11/2022 |
| 4 | The defendant failed to refrain from unlawful use of controlled substances. | 08/10/2022 |
| 5 | The defendant failed to participate in drug testing and/or treatment as directed by the probation officer. | 08/17/2022 |
| 6 | The defendant failed to refrain from unlawful use of controlled substances. | 10/24/2022 |
| 7 | The defendant failed to refrain from unlawful use of controlled substances. | 10/27/2022 |

AO 245D (Rev. 09/19)     Judgment in a Criminal Case for Revocations

AO 245D (Rev. 09/19)     Judgment in a Criminal Case for Revocations
                         Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT:  CALVIN LAVALLE COUCH
CASE NUMBER:  2:03cr172-01-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Time served, with no term of supervised release to follow.

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____   ☐   a.m.   ☐   p.m.   on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL